LAFAYETTE & KUMAGAI LLP
GARY T. LAFAYETTE (SBN 88666)
Email: glafayette@lkclaw.com
INGRID AHUJA (SBN 274223)
Email: iahuja@lkclaw.com
1300 Clay Street, Suite 810
Oakland, California 94612
Telephone:  (415) 357-4600
Facsimile:  (415) 357-4605

Attorneys for Defendant
FEDERAL DEPOSIT INSURANCE CORPORATION

**APPROVED**
Judge Beth Labson Freeman

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY JANE LEUNG,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, SILICON VALLEY BANK, SVB INVESTMENT SERVICES, INC., SVB WEALTH, LLC, FIRST-CITIZENS BANK & TRUST CO., GREG BECKER, JOHN LONGLEY<br><br>　　　　　Defendants. | Case No. 5:24-cv-00337-VKD<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT FEDERAL DEPOSIT INSURANCE CORPORATION TO RESPOND TO PLAINTIFF'S COMPLAINT** |

1  Plaintiff Shirley Jane Leung ("Plaintiff") and Defendant Federal Deposit Insurance Corporation ("Defendant") (collectively referred to as the "Parties") through their respective counsel hereby stipulate as follows:

WHEREAS, Defendant's response to Plaintiff's Complaint is currently due on April 5, 2024; and

WHEREAS, the Parties have agreed to extend the time for Defendant to file an Answer to Plaintiff's Complaint by 30 days;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties through their respective attorneys of record that Defendant may file a response to Plaintiff's Complaint by May 6, 2024.

DATED:  April 4, 2024 **LAFAYETTE & KUMAGAI LLP**

 */s/ Gary T. Lafayette*
GARY T. LAFAYETTE
INGRID M. AHUJA
Attorneys for Defendant
FEDERAL DEPOSIT INSURANCE CORPORATION

DATED:  April 4, 2024 **MEHRI & SKALET PLLC**

 */s/ Richard E. Condit*
RICHARD E. CONDIT
Attorneys for Plaintiff
SHIRLEY JANE LEUNG

### SIGNATURE ATTESTATION

I hereby attest that I have obtained the concurrence of Richard E. Condit, counsel for Plaintiff, for the filing of this stipulation.

 */s/ Gary T. Lafayette*
GARY T. LAFAYETTE