**FREEMAN MATHIS & GARY, LLP**
John K. Rubiner / Bar No.: 155208
jrubiner@fmglaw.com
Julie A. Marquis / Bar No.: 178466
jmarquis@fmglaw.com
Charles J. Shumake/ Bar No.: 341318
charles.shumake@fmglaw.com
550 South Hope Street, Suite 2200
Los Angeles, California 90071-2627
(213) 615-7000; FAX (833) 264-2083

Attorneys for Defendant
John Longley

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE

| SHIRLEY JANE LEUNG, | ) Case No. 5:24-CV-00337-BLF |
|---|---|
| Plaintiff, | ) Hon. Beth Labson Freeman |
| v. | ) [PROPOSED] ORDER RE STIPULATION TO EXTEND DEFENDANT JOHN LONGLEY'S TIME TO RESPOND TO INITIAL COMPLAINT (STIPULATION FILED CONCURRENTLY) |
| FEDERAL DEPOSIT INSURANCE CORPORATION, SILICON VALLEY BANK, SVB INVESTMENT SERVICES, INC., SVB WEALTH, LLC, FIRST-CITIZENS BANK & TRUST CO., GREG BECKER, JOHN LONGLEY, | |
| Defendant. | |

The Court, having reviewed the Stipulation of the parties and finding good cause, here issues an order to:

1. Continue Defendant John Longley's time to answer, move or otherwise respond to the Complaint to April 30, 2024; and

2. Allow Plaintiff one additional week to respond to any motion brought by Defendant John Longley when he responds to the Complaint.

**IT IS SO ORDERED.**

Dated: April 5, 2024                                   _____
                                                       UNITED STATES DISTRICT JUDGE

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 550 South Hope Street, Suite 2200, Los Angeles, California 90071-2627.

On April 5, 2024, I served the within document(s) described as:

**[PROPOSED] ORDER RE STIPULATION TO EXTEND DEFENDANT JOHN LONGLEY'S TIME TO RESPOND TO INITIAL COMPLAINT**

on the interested parties in this action as stated on the attached service list:

[X] **BY MAIL** By placing a true copy of the foregoing document(s) in a sealed envelope addressed as set forth above. I placed each such envelope for collection and mailing following ordinary business practices. I am readily familiar with this Firm's practice for collection and processing of correspondence for mailing. Under that practice, the correspondence would be deposited with the United States Postal Service on that same day, with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[X] **BY MAIL BY CM/ECF:** I hereby certify that on April 5, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States District Court, Central District – Western Division by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

[ ] **BY E-MAIL OR ELECTRIC TRANSMISSION** I caused a copy of the document (s) to be sent from e-mail address erubio@fmglaw.com to the persons at the e-mail address listed on the service list.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on April 5, 2024, at Los Angeles, California.

| ELIZABETH RUBIO | _(signature)_ |
|---|---|
| (Type or print name) | (Signature) |

**Freeman Mathis & Gary, LLP**
Attorneys at Law

-2-
[PROPOSED] ORDER RE STIPULATION TO EXTEND DEFENDANT JOHN LONGLEY'S TIME TO RESPOND TO INITIAL COMPLAINT

**PROOF OF SERVICE LIST**

**MEHRI & SKALET PLLC**
Richard E. Condit (pro hac vice application forthcoming)
Ellen Eardley (pro hac vice application forthcoming)
Cleveland Lawrence III (pro hac vice application forthcoming)
Jane Jumin Kim, Esq.
2000 K Street, NW, Suite 325
Washington, DC 20006
Tel: 202.822.5100   F: 202.822.4997
E-mail:  rcondit@findjustice.com; eeardley@findjustice.com; clawrence@findjustice.com; jkim@findjustice.com

**GOLDSTEIN, BORGEN, DARDARIAN & HO**
Laura L. Ho, Esq.
155 Grand Avenue, Suite 900
Oakland, CA 94612
Tel: (510) 763-9800   F: (510) 835-1417
E-mail:  lho@gbdhlegal.com

Attorneys for Plaintiff Shirley Jane Leung

**DYKEMA**
Robert A. Hyatt, Esq.
444 South Flower Street, Suite 2200
Los Angeles, CA 90071
O:  (213) 457-1734
Email: rhyatt@dykema.com

Attorneys for Defendants Silicon Valley Bank, SVB Investments Services, Inc., SBV Wealth, LLC and First-Citizen Bank & Trust Co.

**GORDON REES SCULLY MANSUKHANI, LLP**
Seth Andrew Weisburst, Esq.
275 Battery Street, Suite 2000
San Francisco, CA 94111
O:  (415) 986−5900  F: (415) 986−8054
Email: sweisburst@grsm.com

Attorneys for Defendant Greg W. Becker