LAFAYETTE & KUMAGAI LLP
GARY T. LAFAYETTE (SBN 88666)
Email: glafayette@lkclaw.com
INGRID AHUJA (SBN 274223)
Email: iahuja@lkclaw.com
1300 Clay Street, Suite 810
Oakland, California 94612
Telephone: (415) 357-4600
Facsimile: (415) 357-4605

Attorneys for Defendant
FEDERAL DEPOSIT INSURANCE CORPORATION

*APPROVED*
*Judge Beth Labson Freeman*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY JANE LEUNG,<br><br>    Plaintiff,<br><br>v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, SILICON VALLEY BANK, SVB INVESTMENT SERVICES, INC., SVB WEALTH, LLC,<br>FIRST-CITIZENS BANK & TRUST CO., GREG BECKER, JOHN LONGLEY,<br><br>    Defendants. | Case No. 5:24-CV-00337-VKD<br><br>**STIPULATION TO EXTEND TIME FOR PLAINTIFF AND DEFENDANTS FEDERAL DEPOSIT INSURANCE CORPORATION, SVB INVESTMENT SERVICES, INC., SVB WEALTH, LLC, AND FIRST-CITIZENS BANK & TRUST CO., TO EXCHANGE DOCUMENTS AND INFORMATION PURSUANT TO THE COURT'S GENERAL ORDER NO. 71** |

Plaintiff Shirley Jane Leung ("Plaintiff") and Defendant Federal Deposit Insurance Corporation, Defendant SVB Investment Services, Inc., Defendant SVB Wealth, LLC and Defendant First Citizen Bank & Trust Co. (collectively referred to as the "Parties") through their respective counsel hereby stipulate as follows:

WHEREAS, Defendants SVB Investment Services, Inc., SVB Wealth, LLC and First Citizen Bank & Trust Co. filed their Motion to Dismiss Plaintiff's Complaint on March 1, 2024;

///

1  WHEREAS, Federal Deposit Insurance Corporation's response to Plaintiff's Complaint was initially due on April 5, 2024;

WHEREAS, Plaintiff and Defendant Federal Deposit Insurance Corporation agreed to extend the time for Federal Deposit Insurance Corporation to file an Answer to Plaintiff's Complaint until May 6, 2024;

WHEREAS, pursuant to this Court's General Order No. 71, Defendant SVB Investment Services, Inc., Defendant SVB Wealth, LLC and Defendant First Citizen Bank & Trust Co. and Plaintiff were originally scheduled to provide the documents and information described in the Court's Initial Discovery Protocols by April 1, 2024;

WHEREAS, pursuant to this Court's General Order No. 71, Defendant Federal Deposit Insurance Corporation and Plaintiff were originally scheduled to provide the documents and information described in the Court's Initial Discovery Protocols by June 5, 2024;

NOW THEREFORE, IT IS HEREBY STIPULATED by and between the Parties through their respective attorneys of record that the Parties shall provide the documents and information described in the Court's Initial Discovery Protocols by May 20, 2024.

DATED: April 30, 2024  **LAFAYETTE & KUMAGAI LLP**

By:  /s /Gary T. Lafayette
GARY T. LAFAYETTE
INGRID M. AHUJA
Attorneys for Defendant
FEDERAL DEPOSIT INSURANCE
CORPORATION

DATED: April 30, 2024  **DYKEMA GOSSETT LLP**

By:  /s/Brian H. Newman
BRIAN H. NEWMAN
ROBERT A. HYATT
Attorneys for Defendants
FIRST-CITIZENS BANK & TRUST CO.,
SVB INVESTMENT SERVICES, INC., and
SVB WEALTH, LLC

DATED: April 30, 2024                  **MEHRI & SKALET PLLC**

By:    */s/Richard E. Condit*
        RICHARD E. CONDIT
        Attorneys for Plaintiff
        SHIRLEY JANE LEUNG

### SIGNATURE ATTESTATION

I hereby attest that I have obtained the concurrence of Richard E. Condit, counsel for Plaintiff, and Brian H. Newman, counsel for Defendants First-Citizens Bank & Trust Co., SVB Investment Services, Inc., and SVB Wealth, LLC for the filing of this stipulation.

                                           */s/ Gary T. Lafayette*
                                           GARY T. LAFAYETTE

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
1300 CLAY STREET, SUITE 810
OAKLAND, CALIFORNIA 94612
(415) 357-4600
FAX (415) 357-4605