```
LAFAYETTE & KUMAGAI LLP
GARY T. LAFAYETTE (SBN 88666)
Email:  glafayette@lkclaw.com
INGRID AHUJA (SBN 274223)
Email:  iahuja@lkclaw.com
1300 Clay Street, Suite 810
Oakland, California 94612
Telephone:   (415) 357-4600
Facsimile:    (415) 357-4605
```

*Withdrawing Attorneys for Defendant*
Federal Deposit Insurance Corporation

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| SHIRLEY JANE LEUNG,<br><br>              Plaintiff,<br><br>vs.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for SILICON VALLEY BANK, SVB INVESTMENT SERVICES, INC., SVB WEALTH, LLC, FIRST-CITIZENS BANK & TRUST CO., GREG BECKER, JOHN LONGLEY,<br><br>              Defendants. | Case No: 5:24-cv-00337-BLF<br><br>**NOTICE OF WITHDRAWAL OF APPEARANCE FOR DEFENDANT FEDERAL DEPOSIT INSURANCE CORPORATION**<br><br>Action Filed:  January 19, 2024 |

{15050/A0875098.1}

TO THE CLERK OF COURT, and ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Gary T. Lafayette, Ingrid Ahuja, and Lafayette & Kumagai LLP, attorneys for defendant FEDERAL DEPOSIT INSURANCE CORPORATION, erroneously sued as successor to SILICON VALLEY BANK (hereinafter "Defendant"), hereby withdraw as attorneys of record for Defendant in the above captioned action. This withdrawal is effective immediately. Please further note that the appearances of Stephen P. Wilkes, Jordan D. Mamorsky, and Johanna L. Matloff of The Wagner Law Group, and Linda J. Berberian of FDIC Legal Division, Dallas Regional Office shall continue to remain on behalf of Defendant Federal Deposit Insurance Corporation, as Receiver for Silicon Valley Bank in this matter.

DATED: May 10, 2024              LAFAYETTE & KUMAGAI LLP

                                 By: _____
                                     GARY T. LAFAYETTE

                                 _____
                                 INGRID AHUJA
                                 **LAFAYETTE & KUMAGAI LLP**
                                 1300 Clay Street, Suite 810
                                 Oakland, California 94612
                                 Telephone:   (415) 357-4600
                                 Facsimile:   (415) 357-4605
                                 Email: glafayette@lkclaw.com
                                 Email: iahuja@lkclaw.com

                                 *Withdrawing Attorneys for Defendant*
                                 Federal Deposit Insurance Corporation