Richard E. Condit (admitted *pro hac vice*)
Ellen Eardley (admitted *pro hac vice*)
Cleveland Lawrence III (admitted *pro hac vice*)
Andrea Forsee (admitted *pro hac vice*)
Jane Kim (SBN 333342)
rcondit@findjustice.com
eeardley@findjustice.com
clawrence@findjustice.com
aforsee@findjustice.com
jkim@findjustice.com
MEHRI & SKALET PLLC
2000 K Street, NW, Suite 325
Washington, DC 20006
Tel: 202.822.5100
Fax: 202.822.4997

Laura L. Ho (SBN 173179)
lho@gbdhlegal.com
GOLDSTEIN, BORGEN, DARDARIAN & HO
155 Grand Avenue, Suite 900
Oakland, CA 94612
Tel: (510) 763-9800
Fax: (510) 835-1417

Attorneys for Plaintiff



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY JANE LEUNG,<br><br>       Plaintiff,<br><br>v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, SILICON VALLEY BANK, SVB INVESTMENT SERVICES, INC., SVB WEALTH, LLC, FIRST-CITIZENS BANK & TRUST CO., GREG BECKER, JOHN LONGLEY,<br><br>       Defendants. | CASE NO. 5:24-CV-00337<br><br>**STIPULATION TO EXTEND TIME FOR PLAINTIFF AND DEFENDANTS GREG BECKER AND JOHN LONGLEY TO EXCHANGE DOCUMENTS AND INFORMATION PURSUANT TO GENERAL ORDER 71** |

/Plaintiff Shirley Jane Leung ("Plaintiff") and Defendants Greg Becker and John Longley (collectively referred to as the "Parties") through their respective counsel hereby stipulate as follows:

WHEREAS, Defendant Longley filed his Motion to Dismiss Plaintiff's Complaint on April 30, 2024, Plaintiff filed her opposition on May 21, 2024, and Defendant filed his reply on May 28, 2024;

WHEREAS, under this Court's General Order No. 71, Defendant Longley and the Plaintiff were scheduled to provide the documents and information described in General Order 71 by May 30, 2024;

WHEREAS, Defendant Becker filed his Motion to Dismiss Plaintiff's Complaint on May 6, 2024, Plaintiff filed her opposition on May 20, 2024, and Defendant filed his reply on May 28, 2024;

WHEREAS, under this Court's General Order No. 71, Defendant Becker and the Plaintiff were scheduled to provide the documents and information described General Order 71 by June 5, 2024;

WHEREAS Defendants First Citizen Bank and FDIC-Receiver are working together to identify documents responsive to the Initial Discovery Protocols;

WHEREAS Plaintiff and Defendants First Citizen Bank, FDIC-Receiver, Silicon Valley Bank, SVB Investment Services, Inc., SVB Wealth, LLC, and First Citizens Bank & Trust Company stipulated to extend these parties' deadline to exchange information under General Order 71 to July 8, 2024 [Dkt. 57] and the Court entered this stipulation [Dkt. 58];

WHEREAS the parties consulted with one another and counsel for Plaintiff and Defendants Becker and Longley jointly agree that an extension of the deadline to exchanging

materials from the end of May to July 8, 2024, when the other parties are exchanging materials, is most efficient under the circumstances.

NOW THEREFORE, IT IS HEREBY STIPULATED by and between the Plaintiff and Defendants Becker and Longley through their respective attorneys that they shall provide the documents and information described in the Court's Initial Discovery Protocols by July 8, 2024.

Dated: May 29, 2024                                   MEHRI & SKALET, PLLC

/s/ Ellen Eardley
Ellen Eardley
*Counsel for Jane Leung*


GORDON REES
SCULLY MANSUKHANI LLP

/s/ Seth Weisburst
Seth Weisburst
*Counsel for Greg Becker*

FREEMAN MATHIS & GARY, LLP

/s/ Charles Schumake
Charles Schumake
*Counsel for John Longley*

### SIGNATURE ATTESTATION

I hereby attest that I have obtained the consent of Seth Weisburst, counsel for Defendant Greg Becker, and Charles Schumake, counsel for Defendant John Longley for the filing of this stipulation.

  */s/ Ellen Eardley*
Ellen Eardley

2