Richard E. Condit (admitted *pro hac vice*)
Ellen Eardley (admitted *pro hac vice*)
Cleveland Lawrence III (admitted *pro hac vice*)
Jane Kim (SBN 333342)
Andrea Forsee (admitted *pro hac vice*)
rcondit@findjustice.com
eeardley@findjustice.com
clawrence@findjustice.com
jkim@findjustice.com
aforsee@findjustice.com
MEHRI & SKALET PLLC
2000 K Street, NW, Suite 325
Washington, DC 20006
Tel: 202.822.5100
Fax: 202.822.4997

Laura L. Ho (SBN 173179)
lho@gbdhlegal.com
GOLDSTEIN, BORGEN, DARDARIAN & HO
155 Grand Avenue, Suite 900
Oakland, CA 94612
Tel:  (510) 763-9800
Fax:  (510) 835-1417

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| SHIRLEY JANE LEUNG,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for Silicon Valley Bank, GREG BECKER, JOHN LONGLEY,<br>　　　　　Defendants. | Case No: 5:24-cv-00337-EKL<br><br>**[PROPOSED] ORDER EXTENDING PLAINTIFF'S TIME TO OPPOSE DEFENDANTS' VARIOUS MOTIONS**<br><br>Judge:  Hon. Eumi K. Lee<br><br>MTD expected: Oct. 2, 2024<br>Current deadline to oppose: Oct. 16, 2024<br>New deadline: Nov. 1, 2024 |

**~~[PROPOSED]~~ ORDER**

The Court, having considered the Joint Stipulation submitted by Plaintiff Shirley Jane Leung, and Defendants Federal Deposit Insurance Corporation, as Receiver for Silicon Valley Bank, Greg Becker, and John Longley, and good cause appearing therefore, hereby GRANTS the joint stipulation, and orders that Plaintiff Leung shall respond to Defendants' Motions to Dismiss and Motion to Stay Discovery on or before November 1, 2024; and Defendants' shall submit their reply briefs on or before November 15, 2024.

IT IS SO ORDERED.

DATED: October __4__, 2024                    _____
                                              The Honorable Eumi K. Lee
                                              United States District Judge