1  John K. Rubiner (SBN 155208)
   jrubiner@fmglaw.com
2  **FREEMAN MATHIS & GARY, LLP**
   550 South Hope Street, 22nd Floor
3  Los Angeles, CA 90071
   Telephone:   213.615.7060
4
   Charles J. Shumake (SBN 341318)
5  Charles.shumake@fmglaw.com
   **FREEMAN MATHIS & GARY, LLP**
6  1010 B Street, Suite 400
   San Rafael, California 94901
7  Telephone:   415.394.9500
   Facsimile:   833.317.0293
8
   *Attorneys for Defendant*
9  **JOHN LONGLEY**

10

11                  UNITED STATES DISTRICT COURT

12                  NORTHERN DISTRICT OF CALIFORNIA

13

| | |
|---|---|
| **SHIRLEY JANE LEUNG**, | Case No.: 5:24-cv-00337-EKL |
| Plaintiff, | Hon. Eumi K. Lee |
| v. | **[PROPOSED] ORDER EXTENDING THE MEDIATION DEADLINE AND CONTINUING MEDIATION** |
| **FEDERAL DEPOSIT INSURANCE CORPORATION**, as Receiver for Silicon Valley Bank, **GREG BECKER, JOHN LONGLEY,** | |
| Defendants. | Complaint Filed: January 19, 2024 |

**[~~PROPOSED~~] ORDER**

Good cause appearing, the Court hereby adopts the Parties' Stipulation and orders as follows:

1. The Mediation Deadline previously set for April 29, 2024 is extended to May 1, 2025;

2. The mediation currently scheduled for January 29, 2025 is off calendar and will be continued to a date after the ruling on the Defendants' pending motions to dismiss, following discussion with the Court and the Parties on February 26, 2025 at the hearing on Defendants' pending motions and the Initial Case Management Conference on March 19, 2025.

IT IS SO ORDERED.

Dated:   December 9, 2024

_____
The Honorable Eumi K. Lee
United States District Judge