UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVSION

| | |
|---|---|
| SHIRLEY JANE LEUNG,<br><br>        Plaintiff,<br><br>    v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, et al.,<br><br>        Defendants. | Case No.  24-cv-00337-NW (VKD)<br><br>**ORDER RE SEPTEMBER 18, 2025 DISCOVERY DISPUTE RE THIRD-PARTY DEPOSITIONS**<br><br>Re: Dkt. No. 148 |

Plaintiff Shirley Jane Leung asks the Court to modify the scheduling order in this case to permit her to take the depositions of four third-party witnesses (Reid, Te, Conway, Spearman Scott) after the fact discovery deadline, which was then September 12, 2025.  Dkt. No. 148 at 1-4.  Defendants oppose Ms. Leung's request on the ground that a motion to modify the scheduling order is already pending before, and properly addressed to, the presiding judge in this action.  *Id.* at 5.  Defendants also argue that Ms. Leung has not shown good cause to take these depositions after the deadline.  *Id.* at 6-8.

Since submission of this dispute, the presiding judge has issued an order extending the fact discovery deadline to November 3, 2025.  Dkt. No. 149.  Accordingly, Ms. Leung's request for relief is denied as moot.

**IT IS SO ORDERED.**

Dated: September 23, 2025

*Virginia K. DeMarchi*
Virginia K. DeMarchi
United States Magistrate Judge