**MEHRI & SKALET PLLC**
RICHARD E. CONDIT (*admitted pro hac vice*)
ELLEN EARDLEY (*admitted pro hac vice*)
CLEVELAND LAWRENCE III (*admitted pro hac vice*)
ANDREA DOBSON-FORSEE (*admitted pro hac vice*)
2000 K Street, NW, Suite 325
Washington, DC 20006
Tel: 202.822.5100
Fax: 202.822.4997
rcondit@findjustice.com
eeardley@findjustice.com
clawrence@findjustice.com
aforsee@findjustice.com

*[Remaining counsel on the following page]*

**Attorneys for Plaintiff**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHIRLEY JANE LEUNG, | Case No. 5:24-cv-00337-NW |
| Plaintiff, | |
| v. | ~~[PROPOSED]~~ **ORDER EXTENDING BRIEFING SCHEDULE AND CONTINUING HEARING DATE FOR CROSS-MOTIONS FOR SUMMARY JUDGMENT** |
| FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for Silicon Valley Bank, GREG BECKER, and JOHN LONGLEY, | |
| Defendant | |

**DARDARIAN, HO, KAN & LEE**
(formerly Goldstein, Borgen, Dardarian & Ho)
LAURA L. HO (SBN 173179)
155 Grand Avenue, Suite 900
Oakland, CA 94612
Tel: 510.763.9800
Fax: 510.835.1417
lho@dhkl.law

**Attorneys for Plaintiff**

John K. Rubiner (SBN 155208)
jrubiner@fmglaw.com
**FREEMAN MATHIS & GARY, LLP**
550 South Hope Street, 22nd Floor
Los Angeles, CA 90071
Telephone: 213.615.7000

Julie A. Marquis (SBN 178466)
jmarquis@fmglaw.com
Charles J. Shumake (SBN 341318)
Charles.shumake@fmglaw.com
**FREEMAN MATHIS & GARY, LLP**
1010 B Street, Suite 400
San Rafael, California 94901
Telephone: 415.394.9500
Facsimile: 833.317.0293

**Attorneys for Defendant**
**JOHN LONGLEY**

ROBYN A. LEONARD (SBN 219525)
SETH WEISBURST  (SBN  259323)
GORDON REES SCULLY MANSUKHANI, LLP
315 Pacific Avenue
San Francisco, California  94111
Telephone:    (415) 986-5900
Facsimile:    (415) 986-8054
rleonard@grsm.com
sweisburst@grsm.com
**Attorneys for Defendant**
**GREG BECKER**

---

[PROPOSED] ORDER EXTENDING BRIEFING SCHEDULE FOR CROSS-MOTIONS FOR SUMMARY JUDGMENT– CASE NO. 5:24-CV-00337-NW

## [PROPOSED] ORDER

Good cause appearing, the Court hereby adopts the Parties' Stipulation and orders the briefing schedule for the parties' cross-briefing of summary judgment motions to be updated as follows:

- March 6, 2026:                 Opening brief by Plaintiff
- March 20, 2026:                Opening/Opposition brief by Defendants,
- March 31, 2026:                Opposition/Reply brief by Plaintiff,
- April 8, 2026:                 Reply brief by Defendants
- _____ ___, 2026, at____    Hearing on Dispositive Motions

This Order applies only to the updated deadlines.  The page limits and procedure for the parties' cross-briefing of summary judgment motions remains the same as the Court's earlier Order.

IT IS SO ORDERED.

Dated: _____



DENIED

Judge Noël Wise

_____
The Honorable Noël Wise
United States District Judge

-1-