**MEHRI & SKALET PLLC**
RICHARD E. CONDIT (*admitted pro hac vice*)
ELLEN EARDLEY (*admitted pro hac vice*)
CLEVELAND LAWRENCE III (*admitted pro hac vice*)
ANDREA DOBSON-FORSEE (*admitted pro hac vice*)
2000 K Street, NW, Suite 325
Washington, DC 20006
Tel: 202.822.5100
Fax: 202.822.4997
rcondit@findjustice.com
eeardley@findjustice.com
clawrence@findjustice.com
aforsee@findjustice.com

*[Remaining counsel on the following page]*

**Attorneys for Plaintiff**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHIRLEY JANE LEUNG,<br><br>    Plaintiff,<br><br>v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for Silicon Valley Bank, GREG BECKER, and JOHN LONGLEY,<br><br>    Defendant | Case No. 5:24-cv-00337-NW<br><br>[PROPOSED] **ORDER EXTENDING BRIEFING SCHEDULE FOR CROSS-MOTIONS FOR SUMMARY JUDGMENT** |

**DARDARIAN, HO, KAN & LEE**
(formerly Goldstein, Borgen, Dardarian & Ho)
LAURA L. HO (SBN 173179)
155 Grand Avenue, Suite 900
Oakland, CA 94612
Tel: 510.763.9800
Fax: 510.835.1417
lho@dhkl.law

**Attorneys for Plaintiff**


John K. Rubiner (SBN 155208)
jrubiner@fmglaw.com
**FREEMAN MATHIS & GARY, LLP**
550 South Hope Street, 22nd Floor
Los Angeles, CA 90071
Telephone: 213.615.7000

Julie A. Marquis (SBN 178466)
jmarquis@fmglaw.com
Charles J. Shumake (SBN 341318)
Charles.shumake@fmglaw.com
**FREEMAN MATHIS & GARY, LLP**
1010 B Street, Suite 400
San Rafael, California 94901
Telephone: 415.394.9500
Facsimile: 833.317.0293

**Attorneys for Defendant**
**JOHN LONGLEY**


ROBYN A. LEONARD (SBN 219525)
SETH WEISBURST  (SBN  259323)
GORDON REES SCULLY MANSUKHANI, LLP
315 Pacific Avenue
San Francisco, California  94111
Telephone:    (415) 986-5900
Facsimile:    (415) 986-8054
rleonard@grsm.com
sweisburst@grsm.com
**Attorneys for Defendant**
**GREG BECKER**

[PROPOSED] ORDER EXTENDING BRIEFING SCHEDULE FOR CROSS-MOTIONS FOR SUMMARY
JUDGMENT– CASE NO. 5:24-CV-00337-NW

## [PROPOSED] ORDER

Good cause appearing, the Court hereby adopts the Parties' Stipulation and orders the briefing schedule for the parties' cross-briefing of summary judgment motions to be updated as follows:

- February 20, 2026:                    Opening brief by Plaintiff
- March 2, 2026:                        Opening/Opposition brief by Defendants,
- March 10, 2026:                       Opposition/Reply brief by Plaintiff,
- March 18, 2026:                       Reply brief by Defendants
- April 8, 2026:                        Hearing on Motions

This Order applies only to the updated deadlines for the Opening brief by Plaintiff and the Opening/Opposition brief by Defendants.  The dates for the Reply briefs above and the date for the motions hearing remain the same as previously ordered.  The page limits and procedure for the parties' cross-briefing of summary judgment motions remains the same as in the Court's earlier Order.

IT IS SO ORDERED.

Dated: February 12, 2026

_____
The Honorable Noël Wise
United States District Judge

-1-
[PROPOSED] ORDER SETTING BRIEFING SCHEDULE FOR CROSS-MOTIONS FOR SUMMARY JUDGMENT–
CASE NO. 5:24-CV-00337-NW