UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHIRLEY JANE LEUNG,<br><br>    Plaintiff,<br><br>v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for Silicon Valley Bank, GREG BECKER, and JOHN LONGLEY,<br><br>    Defendant | Case No. 5:24-cv-00337-NW<br><br>[PROPOSED] ORDER GRANTING JOINT STIPULATION OF DISMISSAL OF DEFENDANTS GREG BECKER AND JOHN LONGLEY WITH PREJUDICE PURSUANT TO RULE 41(a)(1)(A)(ii) |

The Court, having considered the Joint Stipulation of Dismissal between Plaintiff Shirley Jane Leung and Defendants Greg Becker and John Longley GRANTS the dismissal of the Defendants Greg Becker and John Longley from the above captioned action as follows:

**IT IS HEREBY ORDERED** that:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all of the claims and causes of action by Plaintiff Shirley Jane Leung against Defendants Greg Becker and John Longley in the above-captioned action are DISMISSED WITH PREJUDICE. Each party shall bear their own costs.

2. The Court retains jurisdiction to enforce the Parties' settlement agreement.

Dated: June __4__, 2026.

_____
Hon. Noël Wise
United States District Judge

-1-